BRETT L. TOLMAN, United States Attorney (#8821)
LYNDA R. KRAUSE, Assistant United States Attorney (#7433)
Attorneys for the United States of America
185 South State Street, Suite 300
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

FILED
U.S. DISTRICT COURT

2001 FEB -2  P 3: 50

DISTRICT OF UTAH

BY:_____
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| Plaintiff, : | MISDEMEANOR |
| : | INFORMATION |
| vs. | |
| : | VIO. 18 U.S.C. § 611 |
| JOSE LEON BELTRAN, | (Voting by Alien) |
| : | |
| Defendant. | |

Judge Brooke C. Wells
DECK TYPE: MAG - Misd DIRECT Assign
DATE STAMP: 02/02/2007 @ 15:56:32
CASE NUMBER: 2:07CR00076

The United States Attorney charges:

COUNT I

On or about November 2, 2004, in the Central Division of the District of Utah,

JOSE LEON BELTRAN,

defendant herein, an alien, fully knowing he was not a United States citizen, did

knowingly vote in an election held in part for the purpose of electing a candidate for the

office of President of the United States; all in violation of 18 U.S.C. § 611.

BRETT L. TOLMAN
United States Attorney

LYNDA R. KRAUSE
Assistant United States Attorney