BRETT L. TOLMAN, United States Attorney (#8821)
LYNDA R. KRAUSE, Assistant United States Attorney (#7433)
Attorneys for the United States of America
185 South State Street, Suite 300 • Salt Lake City, Utah  84111
Telephone:  (801) 524-5682 • Facsimile:  (801) 325-3372

_____

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 2:07CR00076BCW |
| Plaintiff, | : | |
| | : | DISMISSAL OF THE |
| v. | : | MISDEMEANOR INFORMATION |
| JOSE BELTRAN, | : | |
| | : | Magistrate Judge Brooke C. Wells |
| Defendant. | : | |

_____

Based upon leave of the Court granted by Magistrate Judge Brooke C. Wells, the United

States of America hereby dismisses the Misdemeanor Information in the above-referenced

matter.

DATED this 26th day of November, 2008.

BRETT L. TOLMAN
United States Attorney

/s/ Lynda R. Krause
LYNDA R. KRAUSE
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of the United States Attorney's Office, and

that a copy of the foregoing **DISMISSAL OF THE MISDEMEANOR INFORMATION**, was

provided to all parties named below, this 26th day of November, 2008.

Tiffany L. Johnson
46 West 300 South, Suite 110
Salt Lake City, Utah 84101

/s/ Emily Adams
U.S. Attorney's Office